**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| ISAAC BOADUM BAFFOE,<br><br>Plaintiff,<br><br>vs.<br><br>USCB, INC. d/b/a USCB AMERICA,<br><br>Defendant. | **Case No.: 1:26-cv-04324-ER**<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant USCB, Inc. d/b/a USCB America, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant USCB, Inc. d/b/a USCB America. Each party is to bear their own costs.

**IT IS SO ORDERED.**

Dated: November 4, 2026

HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE